**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Darrell Lynn HENDERSON**
**Defendant-Appellant.**

**No. 16-12383**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Filed (January 27, 2017)

Adam W. Overstreet, Michael David Anderson, Kenyen Ray Brown, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Darrell Lynn Henderson, Talladega, AL, for Defendant-Appellant

Before MARCUS, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Arthur T. Powell, appointed counsel for Darrell Henderson in this revocation of supervised release appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henderson's revocation of supervised release and sentence are **AFFIRMED**.